# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT VALLADARES,                  )
                                    )
       Petitioner,              )  2:12-cv-01757-GMN-VCF
                                    )
vs.                                 )  **ORDER**
                                    )
STATE OF NEVADA, *et al.*,          )
                                    )
       Respondents.             )
_____/

       This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition.  A petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.  It does not appear from file review that a dismissal without prejudice will materially affect a later analysis of timeliness or other issues with regard to any promptly filed new action. The present improperly-commenced action will be dismissed without prejudice.

       **IT THEREFORE IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new petition in a new action, accompanied by either the required $5.00 fee or a properly completed application to proceed *in forma pauperis*.

       **IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, one copy of instructions for the same, and one copy of the petition at ECF No. 1.

       **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

       **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

       Dated this 26th day of November, 2012.

_____
Gloria M. Navarro
United States District Judge